IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN A. STOUT,             No. C 11-06186 CW

    Plaintiff,

                                   ORDER OF REFERENCE TO MAGISTRATE JUDGE

  v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, et al.,

    Defendants.
_____/

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion to compel further responses and documents to Plaintiff's interrogatories and request for production of documents and for leave to conduct depositions and **all discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. The hearing noticed for Thursday, August 28, 2012, is vacated. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 7/25/2012

                                          CLAUDIA WILKEN
                                          United States District Judge

cc: MagRef