IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN A. STOUT,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No.: 11-6186 CW (JSC)<br><br>**ORDER RE: *IN CAMERA* REVIEW OF PEFORMANCE EVALUATIONS (Dkt. Nos. 43, 44)** |

The Court is in receipt of performance evaluations submitted by Defendants for *in camera* review. (Dkt. Nos. 43, 44.) After careful review of the submitted documents, the Court orders the following pages produced to Plaintiff subject to a protective order: 1849, 1854, 1858, 1862, 1864, 1865, 1867, 1868, 1871, and 1875. These pages shall be produced on or before **November 1, 2012**.

**IT IS SO ORDERED.**

Dated: October 29, 2012

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE