Terrence J. Coleman   (State Bar No. 172183)
Brian H. Kim          (State Bar No. 215492)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile:  (415) 433-4816
Email: tcoleman@pillsburylevinson.com
       bkim@pillsburylevinson.com

Attorneys for Plaintiff
KATHLEEN A. STOUT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KATHLEEN A. STOUT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; AMAZON.COM HOLDINGS, INC. LONG TERM DISABILITY PLAN; and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No. CV11-6186 CW<br><br>**DECLARATION OF BRIAN H. KIM SUPPORT OF PLAINTIFF'S FED R. CIV. P. 52 MOTION FOR JUDGMENT**<br><br>Date:　　　　February 7, 2013<br>Time:　　　　2:00 p.m.<br>Courtroom:　2, 4th Floor<br>Judge:　　　Hon. Claudia Wilken |

I, Brian H. Kim, declare:

1. I am an attorney at law duly admitted to practice in the State of California and before the Northern District. I am an associate in the law firm of Pillsbury & Levinson, LLP, counsel of record for Plaintiff Kathleen A. Stout in the above action. I make this declaration of my own personal knowledge and, if called as a witness, I could and would competently testify as to the matters set forth herein.

2. This Declaration and the exhibits attached herein are submitted in support of Plaintiff's Fed. R. Civ. P. 52 Motion for Judgment.

3. Pursuant to the Court's Order dated March 8, 2012 (Doc. #20), I contacted Edith Sanchez Shea via telephone, counsel for Defendants Hartford Life and Accident Insurance Company ("Hartford") and Amazon.com Holdings Inc. Long Term Disability Plan (the "Plan") on November 9, 2012. During this telephone conference I asked Ms. Shea if Defendants would stipulate to permit Plaintiff to supplement the Administrative Record in this action with documents produced by Hartford in discovery, pursuant to the Court's Order dated March 8, 2012 (Doc. #20). On November 12, 2012, I received a reply e-mail from Ms. Shea stating that Defendants would try to respond to my stipulation request by November 14, 2012, but if she was not able to obtain Defendants' response by that date Plaintiff would have to make a request to the Court to allow the supplemental evidence. Attached as **Exhibit A** is a true and correct copy of my November 9, 2012 e-mail to Ms. Shea and her November 12, 2012 reply e-mail.

4. On November 13, 2012, I received a telephone call from Ms. Shea confirming that Defendants would not be able to provide a response to my stipulation request regarding supplemental evidence outside of the Administrative Record before Plaintiff's November 15, 2012 filing deadline for her Motion for Judgment. Ms. Shea also stated that Defendants would stipulate that the documents produced with Plaintiff's Initial Disclosures (Bates Labeled KS00001-1954) constituted the Administrative Record in this action. She also stated that Defendants would lodge those documents with the Court when Defendants filed their Cross-Motion for Judgment on December 13, 2012. Attached hereto as **Exhibit B** is a true and correct copy of my e-mail to Ms. Shea confirming our

November 13, 2012 telephone conference.

5. Attached hereto as **Exhibit C** is a true and correct copy of Hartford's Policy & Procedure Manual-GBD Special Investigation Unit (SIU), Bates Labeled 1996-2080, which was produced by Hartford pursuant to the September 25, 2012 Order Granting in Part and Denying Park Plaintiff's Motion to Compel Discovery Responses (Doc. #37). Defendants designated this document as confidential when they provided it pursuant to the September 25, 2012 Discovery Order.

6. Attached hereto as **Exhibit D** is a true and correct copy of excerpts of the employee evaluations of Hartford's Investigative Analyst Bryan Lowry, Bates Numbered 1849, 1854, 1858, 1862, 1864-5, 1867-68, 1871, 1875, which were produced by Hartford pursuant to the September 25, 2012 Discovery Order and the October 29, 2012 Order Re: In Camera Review of Performance Evaluations (Doc. #45). Defendants designated these documents as confidential when they provided them pursuant to the September 25, 2012 Discovery Order and the October 29, 2012 Discovery Order.

7. Attached hereto as **Exhibit E** is a true and correct copy of Defendant Hartford Life and Accident Insurance Company's Supplemental Responses to Plaintiff's First Set of Interrogatories. Defendants designated the Supplemental Responses contained in this document as confidential when they provided it pursuant to the September 25, 2012 Discovery Order.

8. Attached hereto as **Exhibit F** is a true and correct copy of the Independent Medical Consultant Services Agreement by and among Hartford Life and Accident Insurance Company and University Disability Consortium, Bates Numbered 8022-8069 which was produced by Hartford pursuant to the September 25, 2012 Discovery Order. Defendants designated this document as confidential when they provided it pursuant to the September 25, 2012 Discovery Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of November, 2012 in San Francisco, California.

    /s Brian H. Kim
    Brian H. Kim

-3-

DECLARATION OF BRIAN H. KIM SUPPORT OF       Case No. CV11-6186 CW
PLAINTIFF'S FED R. CIV. P. 52 MOTION FOR JUDGMENT