| | |
|---|---|
| 1 | Terrence J. Coleman  (State Bar No. 172183) |
| | Brian H. Kim        (State Bar No. 215492) |
| 2 | PILLSBURY & LEVINSON, LLP |
| | The Transamerica Pyramid |
| 3 | 600 Montgomery St., 31st Floor |
| | San Francisco, California 94111 |
| 4 | Telephone: (415) 433-8000 |
| | Facsimile:  (415) 433-4816 |
| 5 | Email: tcoleman@pillsburylevinson.com |
| |        bkim@pillsburylevinson.com |

Attorneys for Plaintiff
KATHLEEN A. STOUT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KATHLEEN A. STOUT, | Case No. CV11-6186 CW |
| Plaintiff, | **EXHIBIT "C" TO DECLARATION OF BRIAN H. KIM IN SUPPORT OF PLAINTIFF'S FED R. CIV. P. 52 MOTION FOR JUDGMENT** |
| vs. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; AMAZON.COM HOLDINGS, INC. LONG TERM DISABILITY PLAN; and DOES 1-20, inclusive, | Date:       February 7, 2013<br>Time:       2:00 p.m.<br>Courtroom:  2, 4th Floor<br>Judge:      Hon. Claudia Wilken |
| Defendants. | |

## DOCUMENT SUBMITTED UNDER SEAL

-1-

EXHIBIT "C" TO DECLARATION OF BRIAN H. KIM IN SUPPORT OF PLAINTIFF'S FED R. CIV. P. 52 MOTION FOR JUDGMENT

Case No. CV11-6186 CW