UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN A. STOUT,<br><br>    Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; AMAZON.COM HOLDING, INC. LONG TERM DISABILITY PLAN; and DOES 1-20, inclusive,<br><br>    Defendants. | Case No. CV11-6186 CW<br><br>**JUDGMENT** |

The Court having entered its Order Denying Defendants' Motion for Judgment and Granting In Part Plaintiff's Cross Motion for Judgment (Doc. #62), judgment in entered in favor of Plaintiff and against Defendants in the amount of $32,908.95, representing past benefits from January 19, 2011 through September 15, 2011 and prejudgment interest calculated to September 28, 2013.

**IT IS SO ORDERED.**

DATED: __10/1/2013__

                                                        CLAUDIA WILKEN<br>                                                        UNITED STATES DISTRICT COURT