UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN A. STOUT, <br><br> Plaintiff, <br><br> vs. <br><br> HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; AMAZON.COM HOLDING, INC. LONG TERM DISABILITY PLAN; and DOES 1-20, inclusive, <br><br> Defendants. | Case No. CV11-6186 CW <br><br> **JUDGMENT** |

The Court having entered its Order Denying Defendants' Motion for Judgment and Granting In Part Plaintiff's Cross Motion for Judgment (Doc. #62), judgment in entered in favor of Plaintiff and against Defendants in the amount of $32,908.95, representing past benefits from January 19, 2011 through September 15, 2011 and prejudgment interest calculated to September 28, 2013.

**IT IS SO ORDERED.**

DATED: _____10/1/2013_____

CLAUDIA WILKEN
UNITED STATES DISTRICT COURT