IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN A. STOUT,<br><br>    Plaintiff,<br><br>  v.<br><br>HARTFORD LIFE AND ACCIDENT INS. CO., AMAZON.COM HOLDINGS, INC. LONG TERM DISABILITY PLAN, and DOES 1-20,<br><br>    Defendants.<br>_____/ | No. CV 11-6186 CW<br><br>ORDER SETTING DEADLINE FOR PLAINTIFF TO SUBMIT MOTION FOR ATTORNEYS' FEES AND COSTS |

    On September 27, 2013, the parties submitted a stipulated form of judgment. The stipulated form of judgment did not address attorneys' fees or costs.

    Accordingly, if Plaintiff seeks an award of attorneys' fees and costs in this matter, she must file a motion seeking such an award. The motion must be filed within seven days of this order and must be supported by appropriate documentation, including billing records and a lodestar figure, as stated in the Court's prior order.

    IT IS SO ORDERED.

Dated: 10/1/2013

                                        CLAUDIA WILKEN
                                        United States District Judge